IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew R. Wenner<br>　　　Debtor,<br><br>JPMorgan Chase Bank, National Association<br>　　　Movant.<br>v.<br><br>Matthew R. Wenner<br>　　　Debtor/Respondent,<br><br>Kenneth E. West, Trustee<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>22-10899-mdc<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), JPMorgan Chase Bank, National Association, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Dated:  April 19, 2022

Respectfully submitted,
BY: /s/ Lily C. Calkins
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

LLG File #: 22-066897

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew R. Wenner<br>　　　Debtor,<br><br>JPMorgan Chase Bank, National Association<br>　　　Movant.<br>v.<br><br>Matthew R. Wenner<br>　　　Debtor/Respondent,<br><br>Kenneth E. West, Trustee<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>22-10899-mdc<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

　　　I, <u>Lily C. Calkins</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>19th</u> day of <u>April</u>, 2022:

Matthew R. Wenner
4879 Tollgate Road
New Hope, PA 18938

Jeffrey C. McCullough, Esquire
16 North Franklin Street, Suite 300
Doylestown, PA 18901 - VIA ECF

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107 - VIA ECF

　　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Lily C. Calkins
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com