LOCAL BANKRUPTCY FORM 1007-1(c)
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

IN RE: Matthew R. Wenner

             : CHAPTER 13
   Debtor(s)      :
             : CASE NO.  22-10899-mdc

## CERTIFICATION OF NO PAYMENT ADVICES
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

  I, Matthew R. Wenner, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

  ____ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

  ____ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

  __X_ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals. I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

  ____ I did not receive payment advices due to factors other than those listed above. (Please explain)

  I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 5/11/22              _____
                             Debtor