Document    Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew R. Wenner<br>　　　　　　　　　Debtors<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　vs.<br>Matthew R. Wenner<br>　　　　　　　　　Debtors<br><br>Kenneth E. West<br>　　　　　　　　　Trustee | CHAPTER 13<br><br>NO. 22-10899 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **May 27, 2022, docket number 18**.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: July 12, 2022