**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                                                                                                           Chapter 13

       MATTHEW R. WENNER                                      Bankruptcy No. 22-10899-MDC

       4879 TOLLGATE ROAD

       NEW HOPE, PA 18938

              Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MATTHEW R. WENNER

    4879 TOLLGATE ROAD

    NEW HOPE, PA 18938

**Counsel for debtor(s), by electronic notice only.**
    JEFFREY C MCCULLOUGH, ESQ
    16 N FRANKLIN ST
    SUITE 300
    DOYLESTOWN, PA 18901-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 7/13/2022                                                                                            /s/ Kenneth E. West

                                                                                       Kenneth E. West, Esquire
                                                                                       Chapter 13 Standing Trustee