United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Matthew R. Wenner  
    Debtor

Case No. 22-10899-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 05, 2022      Form ID: 155      Total Noticed: 8

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew R. Wenner, 4879 Tollgate Road, New Hope, PA 18938-9714 |
| 14684965 | + | JPMorgan Chase Bank, National Association, C/O LILY CHRISTINA CALKINS, LOGS Legal Group, LLP, 3600 Horizon Drive, Ste. 150, King of Prussia, PA 19406-4702 |
| 14698049 | + | Jeffrey C. McCullough, Esquire, 16 N. Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 14684613 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14684505 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14682024 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 05 2022 17:31:13 | JP Morgan Chase Bank, Mail Code LA4-6475, 700 Kansas Road, Monroe, LA 71203 |
| 14682025 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2022 17:30:00 | Nationstar Mortgage, d/b/a Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14697417 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2022 17:30:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 05, 2022 | Form ID: 155 | Total Noticed: 8 |

**below:**

| Name | Email Address |
|---|---|
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Matthew R. Wenner jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LILY CHRISTINA CALKINS | on behalf of Creditor JPMorgan Chase Bank  National Association logsecf@logs.com, lcalkins@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Matthew R. Wenner
      Debtor(s)　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 22−10899−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 5th day of August 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　Chief Judge ,
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　32 − 10, 28
　　　　　　　　　　　　　　　　　　　　　　　　　　Form 155