

**LOGS Legal Group LLP**

Attorneys at Law

_____

3600 Horizon Drive, Suite 150
King of Prussia, Pennsylvania 19406
Tel: (610) 278-6800 • Fax: (610) 278-9980

**Partners**
Gerald M. Shapiro (licensed in FL, IL)
David S. Kreisman (licensed in IL)

**Managing Partner**
Christopher A. DeNardo (licensed in NJ, NY, PA)

August 22, 2022

EDPA Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

Re:    Attorney Lily C. Calkins
       Withdrawal & Entry of Appearance

Dear Sir or Madam:

We respectfully request the withdrawal of Attorney Lily C. Calkins for the attached list of cases.
Please also make the Entry of Appearance of Attorney Christopher A. Denardo.

Thank you for your anticipated assistance in this matter.

Very truly yours,
LOGS LEGAL GROUP LLP


Cindy Stewart
Legal Assistant


_____
Christopher A. DeNardo, Esquire
Bar ID #78447


_____
Lily C. Calkins, Esquire
Bar ID #327356

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | | |
|---|---|---|---|---|---|
| *Pending Cases for:* | *CALKINS    LILY        CHRISTINA    ,    LOGS Legal Group, LLP* | | *Bar Id:   327356* | *Prid:  1,124,503* | terminated        case terminated |
| *Total Pending cases for this attorney:* | *163* | *as of:    09/23/2022    9:38:05 am* | | | |

| Chapter | Judge | Case Number | Title |
|---|---|---|---|
| 13 | elf | 16-12176-elf | Troy S. Kane |
| | | *Party represented:* | *cr*    *NATIONSTAR MORTGAGE LLC* |
| 13 | amc | 16-18037-amc | Tracey D. Grant |
| | | *Party represented:* | *cr*    *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | elf | 17-10299-elf | Denise Marie Winder |
| | | *Party represented:* | *cr*    *JPMorgan Chase Bank, National Association* |
| 13 | elf | 17-11544-elf | Bernice R. Ruffin |
| | | *Party represented:* | *cr*    *U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC5* |
| 13 | mdc | 17-11811-mdc | Joseph Zwicharowski |
| | | *Party represented:* | *cr*    *Nationstar Mortgage LLC* |
| | | *Party represented:* | *cr*    *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | mdc | 17-12366-mdc | Novelette Sanford |
| | | *Party represented:* | *cr*    *BANK OF AMERICA, N.A.* |
| 13 | pmm | 17-12930-pmm | Mark A Lisa and Mary Jo L Lisa |
| | | *Party represented:* | *cr*    *Nationstar Mortgage LLC* |
| 13 | elf | 17-13187-elf | Margaret L Girimonte |
| | | *Party represented:* | *cr*    *Nationstar Mortgage LLC* |

| 13 | amc | 17-16966-amc | John Horcher, Sr. | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | pmm | 17-17585-pmm | Thomas J Malarik | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC D/B/A Mr. Cooper* |
| 13 | elf | 17-17692-elf | Anslue D. Cumberbatch | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank* |
| | | *Party represented:* | | *cr* | *USAA Federal Savings Bank* |
| 13 | pmm | 18-10659-pmm | Maria L. Trexler | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Lakeview Loan Servicing, LLC* |
| 13 | amc | 18-10794-amc | Sarah C. Jones | | |
| | | *Party represented:* | | *cr* | *Towd Point Mortgage Trust 2020-4, U.S. Bank National Association, as Indenture Trustee* |
| 13 | elf | 18-10887-elf | Jonathan C Eldredge and Erin R Eldredge | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | amc | 18-11663-amc | Paula L. Jones | | |
| | | *Party represented:* | | *cr* | *JPMORGAN CHASE BANK, N.A.* |
| 13 | mdc | 18-11732-mdc | Ida L Castellano | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC as servicer for USAA Federal Savings Bank* |
| 13 | elf | 18-12219-elf | Wilma Marie Coder | | |
| | | *Party represented:* | | *cr* | *Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F* |

| 13 | elf | 18-12359-elf | Timothy Olsen and Holly Olsen | |
| | | Party represented: | cr | *USAA Federal Savings Bank* |

| 13 | elf | 18-12387-elf | Taneesha Jones and Lamont Jones | |
| | | Party represented: | cr | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | elf | 18-13060-elf | Lemond C Adams and Susan R Lipson | |
| | | Party represented: | cr | *Andrews Federal Credit Union* |

| 13 | elf | 18-13883-elf | Stephen Mangiaracina | |
| | | Party represented: | cr | *Carrington Mortgage Services, LLC as servicer for JP MORGAN CHASE BANK, NATIONAL ASSOCIATION* |
| | | Party represented: | cr | *Carrington Mortgage Services, LLC, et al...* |

| 13 | mdc | 18-13914-mdc | Robert L. Clark | |
| | | Party represented: | cr | *Wells Fargo Bank, National Association, successor by merger* |

| 13 | mdc | 18-14579-mdc | Donovan J Adams | |
| | | Party represented: | cr | *NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER* |

| 13 | pmm | 18-14825-pmm | Richard Francis Zuber, Jr. and Rosemary Zuber | |
| | | Party represented: | cr | *U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Assoc* |

| 13 | mdc | 18-14876-mdc | Gregory Chandler | |
| | | Party represented: | cr | *Nationstar Mortgage LLC D/B/A Mr. Cooper* |

| 13 | amc | 18-15117-amc | Mickkel L. Caliri | |
| | | Party represented: | cr | *Nationstar Mortgage LLC D/B/A Mr. Cooper* |

| 13 | elf | 18-15141-elf | Vincent J. Cerciello and Jennifer A. Cerciello | |
| | | Party represented: | cr | *Nationstar Mortgage LLC D/B/A Mr. Cooper* |

| | | | | | |
|---|---|---|---|---|---|
| 13 | amc | 18-15418-amc | Amanda Lee | | |
| | | *Party represented:* | | *cr* | *NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER* |
| 13 | amc | 18-16668-amc | Derrick C Jenkins | | |
| | | *Party represented:* | | *cr* | *JPmorgan Chase Bank, National Association* |
| 13 | amc | 18-16813-amc | Stephen Roache | | |
| | | *Party represented:* | | *cr* | *USAA FEDERAL SAVINGS BANK* |
| 13 | pmm | 18-17098-pmm | Efraim Nieves | | |
| | | *Party represented:* | | *cr* | *CARRINGTON MORTGAGE SERVICES, LLC* |
| 7 | elf | 18-17430-elf | Sharonn E. Thomas | | |
| | | *Party represented:* | | *cr* | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |
| 13 | mdc | 18-17623-mdc | Renee A. Waites | | |
| | | *Party represented:* | | *cr* | *PNC BANK NA* |
| 13 | amc | 18-18246-amc | Irv Davis and Tammy Davis | | |
| | | *Party represented:* | | *cr* | *Broker Solutions, Inc., d/b/a New American Funding* |
| 13 | amc | 19-10121-amc | Deborah A Jones | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | pmm | 19-10365-pmm | Angelica Peguero | | |
| | | *Party represented:* | | *cr* | *NATIONSTAR MORTGAGE LLC* |
| | | *Party represented:* | | *cr* | *U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill* |
| 13 | pmm | 19-10725-pmm | Melissa Gutierrez | | |
| | | *Party represented:* | | *cr* | *Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F* |

| 13 | amc | 19-11149-amc | Curtis W. Parker | | |
|----|-----|--------------|------------------|---|---|
| | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC dba Mr. Cooper et al.* |

| 13 | elf | 19-11196-elf | Thomas E. Sloan and Judyth A. Sloan | | |
|----|-----|--------------|-------------------------------------|---|---|
| | | *Party represented:* | *cr* | | *U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XVIII* |

| 13 | pmm | 19-11220-pmm | Priemer T. Woods | | |
|----|-----|--------------|------------------|---|---|
| | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | elf | 19-11555-elf | Richard Deal and Melissa Deal | | |
|----|-----|--------------|-------------------------------|---|---|
| | | *Party represented:* | *cr* | | *U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2* |

| 13 | pmm | 19-12145-pmm | John W. Mest and Darlene S. Mest | | |
|----|-----|--------------|----------------------------------|---|---|
| | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC D/B/A Mr. Cooper* |

| 13 | elf | 19-12555-elf | Christopher W. Lutz | | |
|----|-----|--------------|---------------------|---|---|
| | | *Party represented:* | *cr* | *CARRINGTON MTS SERV* | *WILMINGTON SAVINGS* |

| 13 | mdc | 19-12881-mdc | Joseph W. Thompson | | |
|----|-----|--------------|--------------------|---|---|
| | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC D/B/A Mr. Cooper* |

| 13 | mdc | 19-13007-mdc | Paul D. Bethman | | |
|----|-----|--------------|-----------------|---|---|
| | | *Party represented:* | *cr* | | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |

| 13 | mdc | 19-13268-mdc | Pamela M. Byrd | | |
|----|-----|--------------|----------------|---|---|
| | | *Party represented:* | *cr* | | *Carrington Mortgage Services LLC* |

| 13 | elf | 19-13589-elf | Nasson H. Davis, Sr | | |
|----|-----|--------------|---------------------|---|---|
| | | *Party represented:* | *cr* | | *Carrington Mortgage Services, LLC, et al...* |
| | | *Party represented:* | *cr* | | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |

| 13 | amc | 19-14054-amc | Simon Baker | | |
| | | | *Party represented:* | *cr* | *Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Captial I Inc. Trust 2007-NC3 Mortgage Pass-Through Certificates, Series 2007-NC3* |
| 13 | mdc | 19-14739-mdc | Mark A Casella | | |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | amc | 19-15556-amc | Vincent Mancini | | |
| | | | *Party represented:* | *cr* | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |
| 13 | mdc | 19-15666-mdc | Barry W Wyche | | |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC D/B/A Mr. Cooper* |
| 13 | pmm | 19-15842-pmm | Timothy H. Stump and Kelly A. Stump | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| 13 | amc | 19-16411-amc | Suzanne Letitia Bolger | | |
| | | | *Party represented:* | *cr* | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |
| 13 | amc | 19-16481-amc | Robby J. Wiemer | | |
| | | | *Party represented:* | *cr* | *U.S. Bank National Association, as Trustee, in trust for the registered holders of Credit Suisse First Boston Mortgage Securities Corp., Mortgage-Backed Pass Through Certificates, Series 2004-7c/o Sel* |
| 13 | pmm | 19-16496-pmm | Richard M. Escueta and Fredeline C Escueta | | |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC D/B/A Mr. Cooper* |
| 13 | amc | 19-16570-amc | Scott C MacAinsh and Deborah A MacAinsh | | |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 20* |
| 13 | elf | 19-17864-elf | Rita L. Willis | | |
| | | | *Party represented:* | *cr* | *Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC* |

| | | | | |
|---|---|---|---|---|
| 13 | elf | 20-10044-elf | Lillian L. Davis and Lillian L. Davis | |
| | | *Party represented:* | *cr* | *U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2* |
| 13 | pmm | 20-10110-pmm | Dasharn Bacourt | |
| | | *Party represented:* | *cr* | *USAA Federal Savings Bank* |
| 13 | amc | 20-10137-amc | Kamela M Green-Maddox | |
| | | *Party represented:* | *cr* | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |
| 13 | pmm | 20-10169-pmm | Gary D. Reeser, Jr | |
| | | *Party represented:* | *cr* | *NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER* |
| 13 | pmm | 20-10241-pmm | Jeffrey Paul Pell | |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | mdc | 20-10504-mdc | Anna May Pierce | |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | elf | 20-10584-elf | Da&#039;Rel E. Scott | |
| | | *Party represented:* | *cr* | *American Heritage Federal Credit Union* |
| 13 | pmm | 20-10586-pmm | Timothy D. Rutter and Deborah L. Rutter | |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | pmm | 20-10645-pmm | Brandon Paul Gwilliam and Kimberly Nicole Gwilliam | |
| | | *Party represented:* | *cr* | *USAA Federal Savings Bank* |
| 13 | amc | 20-10862-amc | Jennifer L Moore | |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Bank of America, N.A.* |
| 13 | mdc | 20-10957-mdc | Michael J Cunnane and Susan J Cunnane | |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | amc | 20-10996-amc | Frank Smith | | |
|---|---|---|---|---|---|
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | amc | 20-11003-amc | Vadim Likhonos and Olga Feldfuks | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | pmm | 20-11074-pmm | Adriano B. Carrete | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | elf | 20-11276-elf | William F. Mack | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | mdc | 20-11433-mdc | Bryan K Bradford | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | mdc | 20-11519-mdc | Anita Maria Timmins | | |
| | | *Party represented:* | | *cr* | *MATRIX FINANCIAL SERVICES CORPORATION* |
| 13 | mdc | 20-11624-mdc | Jean M Vandegrift | | |
| | | *Party represented:* | | *cr* | *NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER* |
| 13 | elf | 20-11625-elf | Mary P Perez | | |
| | | *Party represented:* | | *cr* | *Wilmington Savings Fund Society, FSB, As Trustee of Quercus Mortgage Investment Trust* |
| 13 | mdc | 20-12449-mdc | Zelphia E Henry | | |
| | | *Party represented:* | | *cr* | *Specialized Loan Servicing LLC* |
| 13 | amc | 20-12522-amc | Drew T. Snedeker | | |
| | | *Party represented:* | | *cr* | *NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER* |
| 13 | pmm | 20-12609-pmm | Sarah A. Pawloski | | |
| | | *Party represented:* | | *cr* | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |

| 13 | amc | 20-12644-amc | Jacie Martinez, Jr. | | |
|----|-----|--------------|---------------------|---|---|
| | | *Party represented:* | *cr* | | *NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER* |
| 13 | amc | 20-12737-amc | Doreen D. Workman | | |
| | | *Party represented:* | *cr* | | *NATIONSTAR MORTGAGE LLC* |
| | | *Party represented:* | *cr* | | *NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER* |
| 13 | amc | 20-12817-amc | Niconnia M Headen | | |
| | | *Party represented:* | *cr* | | *Carrington Mortgage Services, LLC, et al...* |
| | | *Party represented:* | *cr* | *Carrington Mortgage* | *Wilmington Savings* |
| 13 | amc | 20-12877-amc | Kristy L. Santiago | | |
| | | *Party represented:* | *cr* | | *Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Merri* |
| 13 | pmm | 20-13196-pmm | Shane M. Keen and Shannon L. Keen | | |
| | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | elf | 20-13219-elf | Cheryl Anne Hodolitz | | |
| | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | pmm | 20-13363-pmm | Shawn Gordon and Christine Gordon | | |
| | | *Party represented:* | *cr* | | *Carrington Mortgage Services, LLC* |
| 13 | amc | 20-14465-amc | Jennifer Scarborough | | |
| | | *Party represented:* | *cr* | | *NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER* |
| 13 | mdc | 20-14532-mdc | Robert John Robinson | | |
| | | *Party represented:* | *cr* | | *WILMINGTON SAVINGS FUND SOCIETY,FSB, AS TRUSTEE OF TAMARACK MORTGAGE LOAN TRUST A* |
| 13 | pmm | 20-14828-pmm | Cory Scott Zeisloft and Kathleen Anne Zeisloft | | |
| | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC* |

| 13 | mdc | 20-14887-mdc | Ryan A Arthur | | |
| | | | *Party represented:* | *cr* | *Carrington Mortgage Services, LLC* |

| 13 | pmm | 21-10192-pmm | Michael W. Scheetz and Marcie M. Scheetz | | |
| | | | *Party represented:* | *cr* | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |

| 13 | amc | 21-10243-amc | Michael Harrigan | | |
| | | | *Party represented:* | *cr* | *Andrews Federal Credit Union* |

| 13 | amc | 21-10283-amc | Joyce A Dobisch | | |
| | | | *Party represented:* | *cr* | *Specialized Loan Servicing, LLC* |

| 13 | pmm | 21-11123-pmm | Jessica Lynn Tirado and Jessica Lynn Tirado | | |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | mdc | 21-11178-mdc | Victor M Sosa | | |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | pmm | 21-11410-pmm | Paul B McKenna and Andriana D McKenna | | |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | mdc | 21-11605-mdc | Paul John Koveleski | | |
| | | | *Party represented:* | *cr* | *CARRINGTON MORTGAGE SERVICES, LLC* |

| 13 | elf | 21-11661-elf | Sean I Birch | | |
| | | | *Party represented:* | *cr* | *Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F* |

| 13 | elf | 21-11701-elf | Barry Green and Karen J Green | | |
| | | | *Party represented:* | *cr* | *Community Loan Servicing, LLC, a Delaware Limited Liability Company* |

| 13 | elf | 21-11933-elf | Diane D. Marshall | | |
| | | | *Party represented:* | *cr* | *PHH Mortgage Corporation* |

| 13 | pmm | 21-12015-pmm | Bridgette Catherine Appleby | |
| | | Party represented: | cr | *Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F* |

| 7 | elf | 21-12213-elf | W. Drayson Silvera, II | |
| | | Party represented: | cr | *Nationstar Mortgage LLC D/B/A Mr. Cooper* |

| 13 | mdc | 21-12308-mdc | Theodore R. Baker and Kathleen J. Mansfield-Baker | |
| | | Party represented: | cr | *JPMorgan Chase Bank, National Association* |

| 13 | amc | 21-12360-amc | Sandra E. Stetler | |
| | | Party represented: | cr | *JPMorgan Chase Bank, National Association* |

| 13 | amc | 21-12462-amc | Nola Williams | |
| | | Party represented: | cr | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |

| 13 | mdc | 21-12724-mdc | Djeffly Dinvil | |
| | | Party represented: | cr | *U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1* |
| | | Party represented: | cr | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | elf | 21-12831-elf | Daniel J. Thompson and Maryann Thompson | |
| | | Party represented: | cr | *American Advisors Group* |
| | | Party represented: | cr | *Reverse Mortgage Funding LLC* |

| 13 | amc | 21-12887-amc | Jamie P Wright | |
| | | Party represented: | cr | *CARRINGTON MORTGAGE SERVICES, LLC* |

| 13 | pmm | 21-13193-pmm | Juan Pablo Lopez | |
| | | Party represented: | cr | *NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER* |

| 13 | mdc | 21-13218-mdc | Charles W. Hillgrube | |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC* |
| 13 | elf | 21-13256-elf | Michelle Lee Hillgrube | |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | pmm | 21-13297-pmm | Robin L. Schultz | |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | amc | 21-13339-amc | Tracy Nicole Arrington | |
| | | *Party represented:* | *cr* | *U.S BANK NATIONAL ASSOCIATION* |
| 13 | amc | 22-10044-amc | Marc A. Wagner | |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | mdc | 22-10045-mdc | Raymond T Donahue | |
| | | *Party represented:* | *cr* | *U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST* |
| 13 | mdc | 22-10046-mdc | Andrea C. Jones | |
| | | *Party represented:* | *cr* | *American Heritage FCU* |
| 13 | pmm | 22-10148-pmm | Robin Lynn Ganchoso and Victor Hugo Ganchoso | |
| | | *Party represented:* | *cr* | *Carrington Mortgage Services, LLC* |
| 13 | amc | 22-10237-amc | Robin Bryan-Taylor | |
| | | *Party represented:* | *cr* | *American Heritage FCU* |
| 13 | pmm | 22-10317-pmm | Margaret A. Brown | |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | amc | 22-10321-amc | Nathan J. Weaver | |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to* |

| 13 | amc | 22-10321-amc | Nathaniel Wm Fox | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to* |
| | | *Party represented:* | | *cr* | *U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Assoc* |
| 13 | pmm | 22-10326-pmm | Del Francis Mintz | | |
| | | *Party represented:* | | *cr* | *American Heritage Federal Credit Union* |
| 13 | mdc | 22-10410-mdc | Tamarra M Clark | | |
| | | *Party represented:* | | *cr* | *Lakeview Loan Servicing, LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Lakeview Loan Servicing, LLC* |
| 13 | elf | 22-10691-elf | Frances Espinosa | | |
| | | *Party represented:* | | *cr* | *Community Loan Servicing, LLC as servicing agent for Lakeview Loan Servicing, LLC* |
| 13 | elf | 22-10804-elf | Kelvin A Lashley | | |
| | | *Party represented:* | | *cr* | *Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Tr* |
| 13 | elf | 22-10845-elf | Paul Labrake | | |
| | | *Party represented:* | | *cr* | *American Heritage FCU* |
| 13 | mdc | 22-10870-mdc | Danielle L. White | | |
| | | *Party represented:* | | *cr* | *JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC* |
| 7 | pmm | 22-10891-pmm | Carol Ann Magnelli | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | mdc | 22-10899-mdc | Matthew R. Wenner | | |
| | | *Party represented:* | | *cr* | *JPMorgan Chase Bank, National Association* |

| | | | | |
|---|---|---|---|---|
| 7 | mdc | 22-10930-mdc | Nikanor V. Broytman | |
| | | *Party represented:* | *cr* | *U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass Through Certifica* |
| 13 | amc | 22-10973-amc | Michael A Damico and Hedy Damico | |
| | | *Party represented:* | *cr* | *Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F* |
| 13 | mdc | 22-11020-mdc | Richard Thurston | |
| | | *Party represented:* | *cr* | *Reverse Mortgage Funding LLC* |
| 13 | mdc | 22-11034-mdc | Patricia Johnson | |
| | | *Party represented:* | *cr* | *WILMINGTON SAVINGS Fund SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F* |
| 13 | amc | 22-11104-amc | Yusef K. Marshall and Monique Anttonette Marshall | |
| | | *Party represented:* | *cr* | *First Trust Bank* |
| 13 | elf | 22-11130-elf | Sadie Smith | |
| | | *Party represented:* | *cr* | *U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTG* |
| | | *Party represented:* | *cr* | *U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4* |
| 13 | amc | 22-11139-amc | Cheryl McClashie-Gant | |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | pmm | 22-11157-pmm | Chad E. Kennedy | |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | mdc | 22-11168-mdc | Andrew H Stewart and Edith M Stewart | |
| | | *Party represented:* | *cr* | *WILMINGTON SAVINGS FUND SOCIETY, FSB, not individually but solely as trustee for FINANCE OF AMERICA* |

| 13 | amc | 22-11232-amc | Carlos Navedo |  |
|----|-----|--------------|---------------|--|
|    |     | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| 13 | pmm | 22-11253-pmm | Michael J. Aston and Linda L. Aston |  |
|    |     | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | elf | 22-11294-elf | John B Murray |  |
|    |     | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| 7 | pmm | 22-11303-pmm | Bonnie M Geissler |  |
|    |     | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | pmm | 22-11314-pmm | Natalie R Parker |  |
|    |     | *Party represented:* | *cr* | *JPMorgan Chase Bank, National Association* |
| 13 | mdc | 22-11318-mdc | Steven Whack |  |
|    |     | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | amc | 22-11319-amc | Phyllis A. McCowan |  |
|    |     | *Party represented:* | *cr* | *Bank UNITED N.A.* |
| 13 | amc | 22-11384-amc | Michael J Lamond |  |
|    |     | *Party represented:* | *cr* | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |
| 13 | amc | 22-11401-amc | Eleanor P Piazza |  |
|    |     | *Party represented:* | *cr* | *Reverse Mortgage Funding LLC* |
| 13 | mdc | 22-11414-mdc | Cherise N. Brown |  |
|    |     | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | mdc | 22-11437-mdc | Elaine Hyaciath Johnson |  |
|    |     | *Party represented:* | *cr* | *JPMorgan Chase Bank, National Association* |

| 13 | pmm | 22-11465-pmm | Leonard J. Naumowicz | |
| | | *Party represented:* | *cr* | *JPMorgan Chase Bank, National Association* |

| 13 | mdc | 22-11485-mdc | Steve Hoon Kim | |
| | | *Party represented:* | *cr* | *JP Morgan Chase Bank, National Association* |

| 13 | elf | 22-11511-elf | Damon A. Allen | |
| | | *Party represented:* | *cr* | *JPMorgan Chase Bank, National Association* |

| 13 | pmm | 22-11547-pmm | Romeo Jaikishun and Natasha Jaikishun | |
| | | *Party represented:* | *cr* | *Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans* |

| 13 | mdc | 22-11559-mdc | Kimberley A. Morris | |
| | | *Party represented:* | *cr* | *Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F* |

| 13 | elf | 22-11606-elf | Rodney Marshall | |
| | | *Party represented:* | *cr* | *Freedom Credit Union* |

| 13 | pmm | 22-11645-pmm | Todd Andrew Dalrymple, Jr. | |
| | | *Party represented:* | *cr* | *Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F* |

| 13 | amc | 22-11709-amc | Mark Anthony Sabo | |
| | | *Party represented:* | *cr* | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |

| 13 | amc | 22-11739-amc | Abdul B. Madyun | |
| | | *Party represented:* | *cr* | *Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National* |
| | | *Party represented:* | *cr* | *Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association), not in its individual* |

| | | | | |
|---|---|---|---|---|
| 13 | pmm | 22-11772-pmm | Brendan Patrick Milligan | *JP Morgan Chase Bank, National Association* |
| | | *Party represented:* | *cr* | |
| 7 | pmm | 22-11852-pmm | Charles F Reider and Tracy Lynne Reider | |
| | | *Party represented:* | *cr* | *New Residential Mortgage Loan Trust 2017-6* |
| 13 | amc | 22-11855-amc | Derrick C Jenkins | |
| | | *Party represented:* | *cr* | *JPMorgan Chase Bank, National Association* |
| 13 | pmm | 22-11912-pmm | Timothy Squier Ward and Lindsey Nicole Ward | |
| | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLCenote vesting-- Nationstar Mortgage LLC* |
| 7 | mdc | 22-11960-mdc | Steven R Fisher | |
| | | *Party represented:* | *cr* | *Reverse Mortgage Funding LLC* |
| 13 | elf | 22-12000-elf | Latisha Zenobia Johnson | |
| | | *Party represented:* | *cr* | *BANK United N.A.* |