# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-10899-MDC

MATTHEW R. WENNER

4879 TOLLGATE ROAD

NEW HOPE, PA 18938

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MATTHEW R. WENNER

    4879 TOLLGATE ROAD

    NEW HOPE, PA 18938

Counsel for debtor(s), by electronic notice only.

    JEFFREY C MCCULLOUGH, ESQ
    16 N FRANKLIN ST
    SUITE 300
    DOYLESTOWN, PA 18901-

Date: 2/2/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee