UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                                          **CASE NO.: 22-10899**
                                                                                                         **CHAPTER 13**

**Matthew R. Wenner,**
    **Debtor.**

_____/

**REQUEST FOR SERVICE**

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of RCAF Loan Acquisition, LP ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                           Authorized Agent for Secured Creditor
                                                           130 Clinton Rd #202
                                                           Fairfield, NJ 07004
                                                           Telephone: 470-321-7112

                                                           By: /s/Robert Shearer
                                                                Robert Shearer
                                                                Email: rshearer@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 21, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MATTHEW R. WENNER
4879 TOLLGATE ROAD
NEW HOPE, PA 18938

And via electronic mail to:

JEFFREY C. MCCULLOUGH
BOND & MCCULLOUGH
16 N. FRANKLIN STREET, SUITE 300
DOYLESTOWN, PA 18901

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Amanda Nelson