**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br>**Matthew R. Wenner,**<br>**Debtor.**<br><br>**U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,**<br>**Movant,**<br>**v.**<br>**Matthew R. Wenner,**<br>**Debtor/Respondent,**<br><br>**Shelia E. Wenner,**<br>**Co-Debtor/Respondent,**<br><br>**KENNETH E. WEST, Esquire,**<br>**Trustee/Respondent.** | **Bankruptcy No. 22-10899-amc**<br><br>**Chapter 13** |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 54, appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Date:

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Sherri R. Dicks
Sherri R. Dicks
PA Bar Number 90600
Email: sdicks@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br>**Matthew R. Wenner,**<br>**Debtor.**<br><br>**U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,**<br>**Movant,**<br>**v.**<br>**Matthew R. Wenner,**<br>**Debtor/Respondent,**<br><br>**Shelia E. Wenner,**<br>**Co-Debtor/Respondent,**<br><br>**KENNETH E. WEST, Esquire,**<br>**Trustee/Respondent.** | **Bankruptcy No. 22-10899-amc**<br><br>**Chapter 13** |

**CERTIFICATE OF SERVICE**

I, Sherri R. Dicks, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on January 27, 2025, I caused to be served copies of the Certificate of No Objection upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses

Matthew R. Wenner
4879 Tollgate Road
New Hope, PA 18938

Shelia E. Wenner
4879 Tollgate Road
New Hope, PA 18938

JEFFREY C. MCCULLOUGH
Bond & McCullough
16 N. Franklin Street

Suite 300
Doylestown, PA 18901

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Frederic J. Baker
Assistant United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107


Date: <DATE>

**Robertson, Anschutz, Schneid, Crane
& Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/Sherri R. Dicks
Sherri R. Dicks
PA Bar Number 90600
Email: sdicks@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br>**Matthew R. Wenner,**<br>**Debtor.**<br><br>**U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,**<br>**Movant,**<br>**v.**<br>**Matthew R. Wenner,**<br>**Debtor/Respondent,**<br><br>**Shelia E. Wenner,**<br>**Co-Debtor/Respondent,**<br><br>**KENNETH E. WEST, Esquire,**<br>**Trustee/Respondent.** | **Bankruptcy No. 22-10899-amc**<br><br>**Chapter 13** |

**ORDER GRANTING MOTION FOR RELIEF**
**FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

AND NOW, this day of , 2024, upon consideration of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 1301**,** any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 and 1301 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, and it is further

ORDERED, that U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 4879 TOLLGATE ROAD, NEW HOPE, PENNSYLVANIA 18938 including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT:

______________________________
Chief Judge Ashely M. Chan
U.S. Bankruptcy Court Judge