United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-10899-djb
Matthew R. Wenner  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 31, 2025      Form ID: pdf900      Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew R. Wenner, 4879 Tollgate Road, New Hope, PA 18938-9714 |
| cr | + | MEB Loan Trust VII, Hladik, Onorato & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14698049 | + | Jeffrey C. McCullough, Esquire, 16 N. Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 14769097 | + | MEB Loan Trust VII, c/o Sarah K. Mc Caffery, Esq., 298 Wissahickon Avenue, North Wales PA 19454-4156 |
| 14684613 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14874547 | + | U.S. Bank National Trust Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 01 2025 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2025 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 01 2025 00:31:00 | RCAF Loan Acquisition, LP, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 01 2025 00:31:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14682024 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 01 2025 00:38:16 | JP Morgan Chase Bank, Mail Code LA4-6475, 700 Kansas Road, Monroe, LA 71203-4774 |
| 14737228 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 01 2025 00:31:00 | MEB Loan Trust VII, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14682025 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 01 2025 00:31:00 | Nationstar Mortgage, d/b/a Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14684505 | ^ | MEBN | Nov 01 2025 00:26:17 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14697417 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 01 2025 00:31:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14866737 | + | Email/Text: RASEBN@raslg.com | Nov 01 2025 00:31:00 | RCAF Loan Acquisition, LP, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 31, 2025 | Form ID: pdf900 | Total Noticed: 16 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14684965 | ##+ | JPMorgan Chase Bank, National Association, C/O LILY CHRISTINA CALKINS, LOGS Legal Group, LLP, 3600 Horizon Drive, Ste. 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2025                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor JPMorgan Chase Bank National Association logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Matthew R. Wenner jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor RCAF Loan Acquisition  LP rshearer@raslg.com |
| SARAH K. MCCAFFERY | on behalf of Creditor MEB Loan Trust VII smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust sdicks@raslg.com, shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MATTHEW R. WENNER<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-10899-DJB |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Derek J. Baker
Bankruptcy Judge

**Date: October 31, 2025**